**Opinion issued September 17, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00676-CR

———————————

## IN RE CHUCKIE LEPOLD HARPER, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

The relator, Chuckie Lepold Harper, seeks a writ of mandamus compelling

the trial court to rule on his motion to correct its assessment of punishment.[1]

We **deny** the petition for writ of mandamus.

---

[1] The underlying case is *State v. Chuckie Lepold Harper*, No. 1064870, in the 351st
District Court of Harris County, Texas, the Honorable Mark Kent Ellis presiding.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).